UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| JACOB KELLY, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 6:25-CV-00077 |
| OFFICER HINIJOSA, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER ADOPTING MEMORANDUM & RECOMMENDATION

Before the Court is Magistrate Judge Julie K. Hampton's Memorandum and Recommendation ("M&R"). (D.E. 13). The M&R recommends that the Court:

- Dismiss with prejudice Plaintiff's § 1983 claims;

- Decline to exercise supplemental jurisdiction over Plaintiff's state law claims of negligence, which should then be dismissed without prejudice; and

- Impose a "strike" under 28 U.S.C. § 1915(g) and instruct the Clerk to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov. *Id.* at 1–2.

The parties were provided proper notice of, and the opportunity to object to, the Magistrate Judge's M&R. *See* 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b); General Order No. 2002-13. No objection has been filed. When no timely objection has been filed, the district court need only determine whether the Magistrate Judge's M&R is clearly erroneous or contrary to law. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (per curiam); *Powell v. Litton Loan Servicing, L.P.*, No. 4:14-CV-02700, 2015 WL 3823141, at *1 (S.D. Tex. June 18, 2015) (Harmon, J.) (citation omitted).

Having reviewed the proposed findings and conclusions of the Magistrate Judge, the filings of the parties, the record, and the applicable law, and finding that the M&R is not clearly erroneous or contrary to law, the Court **ADOPTS** the M&R in its entirety. (D.E. 13). Accordingly, the Court:

- **DISMISSES with prejudice** Plaintiff's § 1983 claims;
- **DECLINES** to exercise supplemental jurisdiction over Plaintiff's state law claims of negligence and **DISMISSES** those claims **without prejudice**; and
- **IMPOSES** a "strike" under 28 U.S.C. § 1915(g) and instructs the Clerk to send notice of this dismissal to the Manager of the Three Strikes List for the Southern District of Texas at Three_Strikes@txs.uscourts.gov.

The Court will enter a final judgment separately.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
February 19th, 2026